# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIAN OMAR SUBIA,<br><br>　　　　Defendant. | Case No. 2:18-mj-888-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Subia intends to enter into a plea agreement with the government on January 9, 2019, the time currently set for his Bench Trial. The defendant requests the hearings be combined to address both issues.

2. Counsel for the government and Pretrial Officer Emily McKillip have no objection to the defendant's request. All parties jointly request that the Court combine the hearing on the Petition for Action on Conditions of Pretrial Release scheduled on January 7, 2019 with the Bench Trial on January 9, 2019.

## **ORDER**

IT IS THEREFORE ORDERED that the hearing on Petition for Action on Conditions of Pretrial Release currently scheduled on Monday, January 7, 2019, at 9:00 a.m., be vacated and continued to January 9, 2019 at 8:45 a.m.

DATED this 4th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE